UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SILAS KNUDSEN,                                No. 2:07-cv-02231-MCE-KJM

       Plaintiff,

  v.                                           ORDER

CHSI OF CALIFORNIA, LLC, a
California business entity;
CHSI OF NEVADA, LLC, a Nevada
business entity; DRS QUEST
LLC, a Nevada business entity;
JAMES LEFTWICH, an individual
citizen of Nevada; CRAIG
McCARTY, an individual citizen
of Nevada; and JOE BURGESS, an
individual citizen of Nevada,

       Defendants.

----oo0oo----

The law firm of Millstone, Peterson & Watts, LLP ("Millstone"), attorneys for Plaintiff Silas Knudsen in this matter, moves to withdraw as Plaintiff's counsel of record. Plaintiff has not opposed Millstone's request in that regard.

///

///

1

1     This motion is governed by the requirements of Local Rule
2 83-182(b), which provides that an attorney may not withdraw,
3 leaving the client *in propria persona*, absent noticed motion and
4 an affidavit from counsel showing the efforts made to provide
5 notification of the attorney's intent to withdraw.  Millstone has
6 complied with those requirements and his request to withdraw is
7 accordingly proper.

8     Because counsel's request is both procedurally correct and
9 unopposed, the Motion to Withdraw is GRANTED.[1]  The law firm of
10 Millstone, Peterson & Watts, LLP is relieved as counsel of record
11 for Plaintiff effective upon the filing of proof of service of
12 this signed order on Plaintiff.

13     IT IS SO ORDERED.

Dated: October 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefing.  E.D. Cal. Local Rule 78-230(h).

2