UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SILAS KNUDSEN, | No. 2:07-cv-02231-MCE-KJM |
| Plaintiff, | |
| v. | ORDER |
| CHSI OF CALIFORNIA, LLC, et al., | |
| Defendants. | |

On June 18, 2009, Plaintiff, proceeding *pro se*, electronically filed correspondence to the Court through which he seeks the Court's assistance in arranging representation by counsel for him in this action. Plaintiff has no right to the assistance of counsel in this civil case. See Nicholson v. Rushen, 767 F.2d 1426, (9th Cir. 1985). Thus, Plaintiff's request (Docket No. 27) is DENIED.

IT IS SO ORDERED.

Dated: July 1, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1