UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SILAS KNUDSEN, | No. 2:07-cv-02231-MCE-KJM |
|     Plaintiff, | |
|     v. | ORDER |
| CHSI OF CALIFORNIA, LLC, et al. , | |
|     Defendants. | |

On July 6, 2009, this Court issued an Order to Show Cause why this action should not be dismissed with prejudice pursuant to Plaintiff's Rule 41(a) Motion to Dismiss. The court is in receipt of Defendants' Statement of Non-Opposition. Accordingly, Plaintiff's Motion to Dismiss (Docket No. 28) is GRANTED with prejudice and all future hearing dates are hereby vacated. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: July 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1